FILED

1   THOMAS P. O'BRIEN
    United States Attorney
2   CHRISTINE C. EWELL
    Assistant United States Attorney        2009 AUG -3  PM 3: 33
3   Chief, Criminal Division
    STEVEN R. WELK                          CLERK U.S. DISTRICT COURT
4   Assistant United States Attorney          CENTRAL DIST. C. CALIF.
    Chief, Asset Forfeiture Section              LOS ANGELES
5   LISABETH SHINER
    Special Assistant United States Attorney   BY_____
6   Asset Forfeiture Section
    United States Attorney's Office
7   California Bar No. 151792
         U.S. Courthouse, 14th Floor
8        312 N. Spring Street
         Los Angeles, CA 90012
9        Telephone: (213)894-6528
         Facsimile: (213)894-7177
10       E-mail: Lisabeth.Shiner@usdoj.gov
11
12  Attorneys for Plaintiff
    United States of America
13
                    UNITED STATES DISTRICT COURT
14
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
15
                         WESTERN DIVISION
16
17  UNITED STATES OF AMERICA,        )   NO.  CV09-5672 JFW PJWx
                                     )
18           Plaintiff,              )
                                     )        VERIFIED
19                                   )   COMPLAINT FOR FORFEITURE
             v.                      )
20                                   )   [21 U.S.C. § 881(a)(4)]
    ONE 2008 TOYOTA RAV 4 SPORTS     )
21  UTILITY VEHICLE,                 )         [D.E.A.]
                                     )
22           Defendant.              )
                                     )
23  _____ )
24
25
26       The United States of America brings this claim against the
27  defendant One 2008 Toyota Rav 4 Sports Utility Vehicle, which is
28  more particularly described below, and alleges as follows:

## JURISDICTION AND VENUE

1.   This is a civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(4).

2.   This court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3.   Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4.   The defendant is One 2008 Toyota Rav 4 Sports Utility Vehicle, VIN number JTMZK31V985021182 (the "defendant vehicle"), registered to Glenn Ito ("Ito"), and seized in Encinitas, California, on March 24, 2009.

5.   The interests of Ito and Kiyoko Ito may be adversely affected by these proceedings.

6.   Plaintiff alleges that the above-referenced defendant vehicle facilitated violations of 21 U.S.C. §§ 841 and 846, rendering it subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

7.   The defendant vehicle was seized during the course of a criminal investigation conducted by the Drug Enforcement Administration ("DEA"), and is currently in the custody of the United States Marshals Service, where it shall remain subject to this court's jurisdiction during the pendency of this action.

## EVIDENCE SUPPORTING FORFEITURE

8.   In approximately August 2008, members of the Southern California Drug Task Force and the Los Angeles County Sheriff's Department began a joint investigation focusing on heroin trafficking in East Los Angeles, California.   The investigation

2

1  identified the Mendoza Drug Trafficking Organization ("DTO")
2  based in San Miguel Oaxaca, Mexico, as the heroin source to six
3  separate heroin distribution networks in Los Angeles, California.
4  The Mendoza DTO supplied approximately fifteen (15) kilograms of
5  heroin per week, yielding an estimated $2,000,000 in profits per
6  month.

7        9.    The Mendoza DTO arranged for the heroin to be
8  transported from Mexico to Los Angeles, California and then
9  distributed to East Los Angeles and surrounding areas, including
10 Ventura and San Diego counties.  The investigation confirmed that
11 the Mendoza DTO supplied heroin to criminal street gangs,
12 including the following:  Brown Brotherhood, White Fence, City
13 Terrace, East Los, Mariana Maravilla, East LA Rife, Vario Locos,
14 Bandini Maravilla, Hick Boys, Vario Nueva Estrada, Gerhaty and
15 South Side Montebello.  During the investigation, approximately 5
16 kilograms of heroin were seized.

17       10.  On January 27, 2009, task force officers were
18 conducting surveillance of a target of their investigation
19 identified as "Tio Rocquis," who was driving a bronze Honda
20 Accord (the "Accord").  Tio Rocquis entered a parking lot at the
21 corner of Broadway Boulevard and Workman Street in Los Angeles.
22 Tio Rocquis exited his vehicle, walked to the right side of the
23 defendant vehicle and entered through the right-rear passenger
24 door.  Tio Rocquis appeared to engage in conversation with Ito,
25 the driver and only other occupant.  After a few minutes, Tio
26 Rocquis exited the defendant vehicle and left the parking lot in
27 his Accord.
28 / / /

1    11.   Task Force officers discontinued their surveillance of
2  Tio Rocquis and followed Ito, who drove the defendant vehicle
3  west on Broadway Boulevard and changed lanes without signaling,
4  in violation of the California Vehicle Code.   Uniformed deputies
5  with the East Los Angeles Sheriff's Department conducted a
6  traffic stop of the defendant vehicle on Broadway Boulevard near
7  the entrance to Interstate 5 south.   The deputy smelled the odor
8  of heroin coming from within the defendant vehicle and asked Ito
9  to exit the vehicle.

10    12.   The deputy detected the odor of heroin emitting from
11  Ito's person.   When asked if he had any heroin on his person, Ito
12  admitted that he had heroin in the right pocket of his vest.   The
13  deputy recovered three clear plastic baggies, each of which held
14  24 balloons, for a total of 72 balloons.   The balloons were found
15  to contain heroin.

16    13.   Ito was arrested on state charges of possession of a
17  controlled substance for sale, transportation of a controlled
18  substance for sale, and conspiracy to distribute a controlled
19  substance.   After being transported to the station, Ito was
20  interviewed.   He told officers that he picked up the heroin from
21  a person at the 99 cents store.   Although he did not know the
22  person's name, he had been dealing with the same organization for
23  the past few years.   Ito told officers that he picked up three
24  bags of heroin every other week and paid $100 for each 24-count
25  bag.

26    14.   On March 12, 2009, forty-eight (48) individuals,
27  including Ito, were indicted by a federal grand jury for
28  conspiracy to distribute over 1000 grams of heroin.   On March 24,

4

1  2009, law enforcement officers executed 13 federal search
2  warrants, 3 California state search warrants and 48 federal
3  arrest warrants.  Ito was taken into federal custody, and the
4  defendant vehicle was seized from the driveway of Ito's residence
5  in Encinitas, California.

6      15.  Based on the above, plaintiff alleges that the
7  defendant vehicle facilitated violations of 21 U.S.C. §§ 841 and
8  846, rendering it subject to forfeiture pursuant to 21 U.S.C.
9  § 881(a)(4).

10     WHEREFORE, the United States prays that due process issue to
11 enforce the forfeiture of the defendant vehicle, due notice be
12 given to all interested parties to appear and show cause why
13 forfeiture should be not be decreed, that this court decree
14 forfeiture of the defendant vehicle to the United States of
15 America for disposition according to law, and for such other and
16 further relief as this court may deem just and proper, together
17 with the costs and disbursements of this action.

18 DATED: August 3, 2009

19                          THOMAS P. O'BRIEN
                            United States Attorney
20                          CHRISTINE C. EWELL
                            Assistant United States Attorney
21                          Chief, Criminal Division
                            STEVEN R. WELK
22                          Assistant United States Attorney
                            Chief, Asset Forfeiture Section
23
24
                            LISABETH SHINER
25                          Special Assistant United States Attorney
                            Asset Forfeiture Section
26
                            Attorneys for Plaintiff
27                          United States of America
28



## VERIFICATION

I, Greg Conners, hereby declare that:

1.   I am a Special Agent with the Drug Enforcement Administration and am one of the assigned case agents for the forfeiture matter entitled <u>United States v. One 2008 Toyota Rav 4 Sports Utility Vehicle</u>.

2.   I have read the above Verified Complaint for Forfeiture and know its contents.  It is based upon my own personal knowledge and reports provided to me by other agents.

3.   Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 3, 2009 in Los Angeles, California.

Greg Conners

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV09- 5672 JFW (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY