```
 1  PAUL L. GABBERT, SBN 74430
    2115 Main Street
 2  Santa Monica, CA 90405
    Telephone:  310/399-3259
 3  Facsimile:  310/392-9029
    PLGabbert@aol.com
 4  Attorney for Claimants
    KIYOKO ITO and GLENN ITO
 5
 6
 7                   UNITED STATES DISTRICT COURT
 8                  CENTRAL DISTRICT OF CALIFORNIA
 9                         WESTERN DIVISION
10  UNITED STATES OF AMERICA,    )  No. CV 09-5672-SVW(PJWx)
                                 )
11                  Plaintiff,   )  JUDGMENT AWARDING
                                 )  ATTORNEY'S FEES AND COSTS
12  vs.                          )
                                 )
13  ONE 2008 TOYOTA RAV 4 SPORTS )
    UTILITY VEHICLE,             )
14                               )
                                 )
15                  Defendant.   )
    _____)
                                 )
16  KIYOKO ITO and GLENN ITO,    )
                                 )
17                  Claimants.   )
    _____)
18
```

19      Pursuant to the Court's order filed October 18, 2012, the Court awards

20 attorney's fees to claimants in the amount of $49,015.00 and costs in the amount of

21 $1,686.59 for a total of $50,701.59 with postjudgment interest thereon, beginning

22 on the date of the entry of judgment, in accordance with 28 U.S.C. § 1961.

23

24      IT IS SO ORDERED.

25
    Dated:   October 25, 2012                    _____
26                                               UNITED STATES DISTRICT JUDGE

27

28

- 1 -